# Weber ☐ Gallagher

2000 Market Street, Suite 1300                                                              T(215) 972-7900
Philadelphia, PA 19103                                                                      F(215) 564-7699

August 17, 2021

**VIA E-FILING**
The Honorable John M. Gallagher
United States District Court
Eastern District of Pennsylvania

Direct Dial: (215) 972-7920
Email: lseider@wglaw.com

> **RE:    Kirsten Ninaltowski vs. TJ Moore, et al.**
> **U.S.D.C. Eastern District of PA**
> **Civil Action No. 5:20-cv-01808-JMG**
> **Our File Number: 0109591**

Your Honor:

As you know, this firm represents Defendants TJ Moore and Old Dominion Freight Line, Inc. in the above-captioned matter. We submit this correspondence as an update regarding Defendants' outstanding subpoenas and Your Honor's Orders of July 20, 2021 [Docs. 46, 47, and 48].

We served Your Honor's Order to Show Cause regarding Dr. Rony Nazarian and Dr. Bela Patel [Doc. 48] on both providers, via federal express overnight. *See* Proof of Service [Doc. 49]. We also served Your Honor's Order for Contempt and Memorandum Opinion regarding CVS Pharmacy; Rothman Institute; Dr. Maria Chavez/Capital Health; and USAA Insurance [Docs. 46 and 47] via federal express overnight. *See* Proof of Service [Doc. 50].

On July 23, 2021, we received responsive records from CVS Pharmacy. On or about August 1, 2021, we received responsive records from Dr. Bela Patel. On or about August 6, 2021, we received responsive records from Dr. Maria Chavez Santos/Capital Health. The remaining non-responsive providers are Dr. Rony Nazarian, Rothman Institute, and USAA Insurance.

Dr. Rony Nazarian is associated with Princeton Orthopedics, which previously provided records regarding treatment received by Plaintiff at their facility from different providers, including Plaintiff's knee surgeon, Dr. Han Bezwada. After we served the Order to Show Cause on Dr. Nazarian, Princeton Orthopedics responded by sending Plaintiff's most recent treatment records from Dr. Bezwada, *not* Dr. Nazarian. We have not yet received a response from Princeton Orthopedics or Dr. Nazarian in response to Your Honor's July 20, 2021 Order.

As we have reported, Rothman previously contacted this office requesting another signed authorization form, even though they had already been provided an executed authorization and

had been served with two (2) Court Orders.  Plaintiff executed the most recent authorization, and it was served on Rothman on July 15, 2021.  We have not been contacted by Rothman in response to the authorization, or in response to Your Honor's July 20, 2021 Order which was recently served.

We have not received any response from USAA Insurance.  Finally, we have not received, nor have we been made aware of, monetary sanctions paid by any of the sanctioned providers.

At this time, we are following up in writing with Rothman Institute, Dr. Nazarian, and USAA Insurance in another attempt to obtain the outstanding records.  We respectfully request an additional extension of time within which to complete document discovery and serve expert reports, and ask that the Court schedule a status conference to discuss Defendants' request.

Thank you for your time and consideration.


Respectfully Submitted,

/s/ *Laura A. Seider*

Laura A. Seider


LAS/

cc: Ryan Kilmer, Esquire (via e-filing)